No. 50. MARBLEHEAD LAND COMPANY *v.* COUNTY OF LOS ANGELES, PRESCOTT F. COGSWELL, J. H. BEAN, ET AL., ETC. Error to the District Court of Appeal, Second Appellate District, of the State of California. Argued December 2, 1926. Decided December 2, 1926. *Per Curiam.* Dismissed for want of jurisdiction. *Mr. M. F. Mitchell,* with whom *Mr. Nathan Newby* was on the brief, for plaintiff in error. *Mr. Everett W. Mattoon* appeared for defendants in error.

---

No. 647. PAUL SCHMOLKE *v.* DANIEL J. O'BRIEN, AS CHIEF OF POLICE. Error to the Supreme Court of the State of California. Argued November 30, 1926. Decided December 6, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Pacific States Telephone Co.* v. *Oregon,* 223 U. S. 118; (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power and Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671. *Mr. Theodore M. Stuart,* with whom *Mr. Jeremiah F. Sullivan* was on the brief, for plaintiff in error. *Messrs. U. S. Webb* and *Frank L. Guerena* were on the brief for defendant in error.